## POWER OF ATTORNEY



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2023 FEB 21 AM 10:21

MARGARET BOTKINS, CLERK
CHEYENNE

**KNOW ALL MEN BY THESE PRESENTS**, that Swiss Re Corporate Solutions Premier Insurance Corporation formerly known as Washington International Insurance Company, a corporation existing under and by virtue of the laws of the State of Missouri and having its principal office at 1200 Main Street, Suite 800, Kansas City, Missouri 64105 desiring to comply with Title 31, Section 9306 (96 Stat. 1048) of the U.S. Code, hereby constitutes and appoints Jessi Gear c/o CT Corporation System, 2232 Dell Range Blvd, Suite 200, Cheyenne, WY 82009, its true and lawful attorney and agent in and for the Judicial District of Wyoming upon whom all lawful process in any action or proceeding against the company in said district may be served in like manner and with the same effect as if the company existed therein, and who is authorized to enter an appearance in its behalf.

**IN WITNESS WHEREOF** the said company, pursuant to proper authority of its board of directors or other governing body, has caused these presents to be subscribed by its President and its corporate seal to be affixed hereto this 11th day of November A.D., 2022.

(CORPORATE SEAL)

_Kathleen Ann McGrath_
President

**State Of New York**

**County of Westchester**    , ss:

On this 11th day of November A.D., 2022, before me Francesca Savona appeared Kathleen Ann McGrath President of Swiss Re Corporate Solutions Premier Insurance Corporation formerly known as Washington International Insurance Company with whom I am personally acquainted, who being duly sworn, says that she is President of Swiss Re Corporate Solutions Premier Insurance Corporation formerly known as Washington International Insurance Company that she knows the corporate seal of the company; that the seal affixed to the foregoing instrument is such corporate seal; that it was affixed by order of the board of directors or other governing body of said company, and that he signed said instrument as president of said company by like authority.

_Francesca Savona_
Notary Public

FRANCESCA SAVONA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SA6173289
Qualified in Westchester County
Commission Expires August 27, 2023

(ALL STATES – 2460 – 5/5/86)